IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

JANE DOE,

    Plaintiff,

vs.                                                             No. 5:21-CV-977 (GLS/ATB)

SYRACUSE UNIVERSITY, JOHN WILDHACK, AND JOHN DESKO,

    Defendants.

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PLEASE TAKE NOTICE that upon the Petition of Katya Jestin, Esq. and annexed Certificate of Good Standing, New Attorney E-Filing Registration Form, and Declaration of her Sponsor, Jeremy Creelan, Defendants move the Court, pursuant to Local Rule 83.1(d), for an Order granting the pro hac vice admission of Katya Jestin, a partner with the firm of Jenner & Block LLP, and a member in good standing of the bar of New York, as attorney to argue or try this case in whole or in part as counsel for Defendants.  There are no pending disciplinary proceedings against Katya Jestin in any State or Federal court. Accordingly, a proposed order has been submitted herewith.

Dated: September 10, 2021                        Respectfully submitted,

                                                                By: /s/ Jeremy Creelan
                                                                 Jeremy Creelan (No. 510266)
                                                                 Jenner & Block LLP
                                                                 919 3rd Avenue
                                                                New York, NY 10022
                                                                 jcreelan@jenner.com

                                                                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Admit Counsel Pro Hac Vice was served on counsel of record via the Court's CM/ECF filing system on September 10, 2021.

By: /s/ Jeremy Creelan
Jeremy Creelan (No. 510266)
