## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

JANE DOE,

                               Plaintiff,           21-cv-00977 (GLS/ATB)

v.

SYRACUSE UNIVERSITY,              **NOTICE OF APPEAL**
JOHN WILDHACK, and
JOHN DESKO,

                             Defendants.
---------------------------------------------------------X

     Notice is hereby given that plaintiff Jane Doe appeals to the United States Court of

Appeals for the Second Circuit from this Court's memorandum, decision, and order entered on

September 7, 2022 (Dkt. No. 32), which granted the defendants' motion to dismiss and as well as

the accompanying final judgment entered that same day (Dkt. No. 33).

Dated: October 7, 2022                Respectfully submitted,

                                          */s/ James Aliaga*
                                          Bar Number: 5393038
                                          James A. Aliaga
                                          Regina Calcaterra
                                          CALCATERRA POLLACK LLP
                                          1140 Avenue of the Americas, 9th Floor
                                          New York, New York 10036-5803
                                          Phone: 212-899-1760
                                          Fax: 332-206-2073
                                          jaliaga@calcaterrapollack.com

                                          *Counsel for Plaintiff*

To: Counsel for Defendants (via ECF)

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, I electronically filed this notice of appeal through this court's CM/ECF system. I understand that notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system

*/s/ James Aliaga*
Bar Number: 5393038
James A. Aliaga

CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, New York 10036-5803
Phone: 212-899-1760
jaliaga@calcaterrapollack.com

*Counsel for Plaintiff*