UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE,

     Plaintiff,

v.

     No. 5:21-cv-00977-DNH-ML

SYRACUSE UNIVERSITY, et al.,

     Defendants.

**STIPULATION REGARDING DEFENDANT KAYLA TREANOR'S
DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Jane Doe ("Plaintiff") and Defendant Kayla Treanor, through their undersigned counsel, hereby submit the following stipulation regarding Defendant Treanor's deadline to respond to Plaintiff's First Amended Complaint ("FAC"), which they respectfully request that the Court so order:

WHEREAS, on February 22, 2024, the Court so-ordered a stipulation between Plaintiff and Defendants Syracuse University, John Wildhack, and John Desko, setting a deadline for Plaintiff to file the FAC and a briefing schedule for those defendants' anticipated motion to dismiss, and otherwise staying those defendants' obligation to answer Plaintiff's original Complaint or FAC, *see* Dkt. 55;

WHEREAS, on February 26, 2024, Plaintiff filed the FAC, which newly added Defendant Treanor as a defendant in this action, *see* Dkt. 56;

WHEREAS, Defendant Treanor's current deadline to answer, move, or otherwise respond to Plaintiff's FAC is April 29, 2024, based on the waiver of service executed on her behalf;

WHEREAS, the goal of the parties to this stipulation is to avoid piecemeal litigation and conform Defendant Treanor's case deadlines to those reflected in the prior stipulation;

1

NOW, THEREFORE, the parties to this stipulation stipulate and agree as follows:

1.     Defendant Kayla Treanor's deadline to file any motion to dismiss Plaintiff's FAC is set to March 18, 2024, the same deadline for Defendants Syracuse University, John Wildhack, and John Desko.

2.     Any obligation by Defendant Kayla Treanor to answer Plaintiff's FAC is stayed until after resolution of the forthcoming motion to dismiss and will proceed on the same deadline as for Defendants Syracuse University, John Wildhack, and John Desko.

Dated: March 13, 2024

Respectfully Submitted,

**CALCATERRA LAW PC**
*/s/ James Aliaga*
James A. Aliaga
N.D.N.Y. Bar No. 702758
1140 Avenue of the Americas
9th Floor
New York, New York 10036-5803
Phone: 212-899-1760
Fax: 332-206-2073
ja@calcaterralaw.com

*Counsel for Plaintiff*

**JENNER & BLOCK LLP**

*/s/ Lauren J. Hartz*
David W. DeBruin
N.D.N.Y. Bar. No. 603019
Lauren J. Hartz
N.D.N.Y. Bar. No. 701646
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone: 202-639-6000
Fax: 202-639-6066

ddebruin@jenner.com
lhartz@jenner.com

Allison N. Douglis
N.D.N.Y. Bar. No. 704713
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Phone: 212-303-2505
Fax: 212-891-1699
adouglis@jenner.com

*Counsel for Defendants Syracuse*
*University, John Wildhack, John*
*Desko, and Kayla Treanor*

The foregoing Stipulation is **SO ORDERED**.

Dated: _____, 2024

_____