# Calcaterra Law P.C.

September 4, 2024

<u>**VIA ECF**</u>

Hon. David N. Hurd
Northern District of New York Federal Court
Alexander Pirnie Federal Bldg. and U.S. Courthouse
10 Broad Street
Utica, New York, 13501

Re:   **SUBSTITUTION OF COUNSEL FOR REGINA CALCATERRA**
Jane Doe v. Syracuse University, et al.
<u>Case No. 5:21-cv-977 (GLS/ATB)</u>

Dear Judge Hurd:

Our office represents the plaintiff, Jane Doe, in the above-captioned action.

In accordance with NDNY Local Rule 11.1, please accept this communication along with the attached Consent Order Granting Substitution of Attorney as notice to the court that I am withdrawing as counsel of record for Plaintiff in the above-captioned action. The reason for my request is the fact that my firm, Calcaterra Law, P.C., closed as of August 30, 2024, due to my retirement from my firm. Prior to withdrawal it was imperative that my firm assisted Plaintiff in identifying new counsel.

Jorge L. Vasquez., of Vazquez PC Attorneys at Law will represent Plaintiff as counsel in the above-captioned matter and will be filing a Notice of Appearance as soon as possible.

I therefore respectfully request that I be relieved of my responsibilities as counsel of record for Plaintiff.

Respectfully submitted,

<u>*/s/ Regina Calcaterra*</u>
Regina Calcaterra, Esq.
**Calcaterra Law, P.C.**

cc:   All counsel (*via ECF*)
Jane Doe *(via e-mail)*

PO Box 257
New Suffolk NY 11956

1140 Ave of the Americas, Fl 9
New York, NY 10036

212.899.1760
calcaterralaw.com