AO 154 (10/03) Substitution of Attorney – Rev. Civil 02/23

# UNITED STATES DISTRICT COURT
## Northern District of New York

JANE DOE

            Plaintiff(s),

V.

SYRACUSE UNIVERSITY, JOHN WILDHACK,
JOHN DESKO, KIMBERLY KEENAN-KIRKPATRICK,
AND KAYLA TREANOR,

            Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Case Number: 5:21-cv-977 (GLS/ATB)

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, JANE DOE (Party(s) Name) substitutes Jorge L. Vasquez, Jr., Esq. (Name of new attorney) as counsel of record in place of Regina M. Calcaterra, Esq. (Name of Attorney(s) withdrawing appearance).

I consent to the above substitution.

Date: 9/4/24

Signature of Party(s) [redacted] Digitally signed, Date: 2024.09.04

I consent to being substituted.

Date: 9/4/24

Regina M. Calcaterra, Esq.
Regina Calcaterra — Digitally signed by Regina Calcaterra, Date: 2024.09.04 14:09:37 -04'00'
Signature of Former Attorney(s)

I consent to the above substitution.

Date: 9/4/24

Jorge L. Vasquez, Esq.
Jorge L. Vasquez — Digitally signed by Jorge L. Vasquez, Date: 2024.09.04 15:24:36 -04'00'
Signature of New Attorney(s)

The substitution of attorney is hereby approved and SO ORDERED.

Date: _____

_____
Judge