## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on that on September 4, 2024, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

                                            CALCATERRA LAW, P.C.

                                            */s/ Regina M. Calcaterra*
                                            Regina M. Calcaterra, Esq.