UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JANE DOE,

    Plaintiff,

v.

SYRACUSE UNIVERSITY et al.,

    Defendants.

No. 5:21-cv-00977-DNH-ML

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.3, and being that no party hereto is an infant or incompetent, Plaintiff Jane Doe ("Plaintiff") and Defendants Syracuse University and Kayla Treanor (collectively, "Defendants") hereby stipulate, by and through their respective counsel, to dismissal with prejudice of all claims asserted by Plaintiff in her original and amended complaints filed in this case.  It is further stipulated that each side will bear its own costs, expenses, and fees.

Dated: December 28, 2024

/s/ Jorge Luis Vasquez, Jr.
Jorge Luis Vasquez, Jr.
**VASQUEZ ATTORNEYS AT LAW, P.C.**
141 Parkway Road, Suite 14
Bronxville, NY 10708
jorge@vasquezpc.com
Tel: 212-752-8408
Fax: 212-752-8408

*ATTORNEYS FOR PLAINTIFF*

/s/David W. BeBruin
David W. DeBruin
Lauren J. Hartz
**JENNER & BLOCK LLP**
1099 New York Avenue NW, Suite 900
Washington, DC 20001-4412
ddebruin@jenner.com
lhartz@jenner.com
Tel: 202-639-6000
Fax: 202-639-6066

*ATTORNEYS FOR DEFENDANTS
SYRACUSE UNIVERSITY AND KAYLA
TREANOR*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 12/30/2024